IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN FOSTER, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC, a Foreign For Profit Corporation and ONE STOP CABLE & COMMUNICATIONZ, INC.,<br><br>Defendants. | CASE NO. 1:17-CV-0813-TWT |

## [PROPOSED] ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate, and reasonable. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE as against Defendant Comcast Cable Communications Management, LLC (improperly sued as "Comcast Cable Communications, LLC").

This the 5th day of July, 2017.

                                              **/s/Thomas W. Thrash**
                                             The Honorable Thomas W. Thrash
                                             Chief United States District Judge